IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| 5. ) | Criminal No. 05-62 |
| ) | |
| DAVID BRYANT, et al. ) | |
| DENISE PHILPOTT ) | |
| ) | |
| Defendant. | |

## ORDER OF COURT

AND NOW, to-wit this 4th day of April, 2007, upon consideration of the within Motion to Amend Conditions of Release, it is hereby ORDERED, ADJUDGED and DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED THAT the defendant, Denise Philpott, shall be permitted to travel to Carlisle, Pennsylvania leaving the Western District of Pennsylvania on Friday, April 27, 2007 and returning to the Western District of Pennsylvania on Sunday, April 29, 2007.

All other terms and conditions of bond shall remain in full force and effect.

_____ J.