```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
          v.                 ) Criminal No. 05-62
                             )
DENISE PHILPOTT,             )
     Defendant.              )
```

                             ORDER

     AND NOW, this 31st day of May, 2007, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered April 12, 2005, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Thursday, June 7, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
United States District Judge

cc:   Margaret E. Picking,
      Assistant United States Attorney

      John A. Halley, Esquire
      9380 McKnight Road
      106 Arcadia Court
      Pittsburgh, PA 15237

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation