Prob 12
(Rev. 3/88)

# FILED

# UNITED STATES DISTRICT COURT 2010 MAY 26 PM 2:57
## For The
# WESTERN DISTRICT OF PENNSYLVANIA DISTRICT COURT

U.S.A. vs. Denise Philpott                                              Docket No. 05-00062-006

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Denise Philpott, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 5th day of October 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

* Shall pay a $100 special assessment.
* Shall be placed on home detention for a period of six months.
* Shall perform 100 hours of community service.

<u>10-05-07</u>:     Theft of Government Property; 36 months' probation; Currently supervised by Probation Services
            Assistant Leah M. Hawk.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that it is the recommendation of the Probation Office that the defendant be granted an early release from the term of probation which is due to expire on October 4, 2010.

PRAYING THAT THE COURT WILL ORDER that the supervision at Criminal No. 05-00062-006 be terminated early and the case be marked closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on                    May 26, 2010

### ORDER OF COURT

Considered and ordered this ___2-6___ day of
_____, 20 _1_0_ and ordered filed and made
a part of the records in the above case.

_____
Gary L. Lancaster
Chief U.S. District Judge

_____
Leah M. Hawk
Probation Services Assistant

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place:        Pittsburgh, Pennsylvania
_____